■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIGRIED GIBBS, Also Known as ZIGRIED GIBBS, Appellant. [742 NYS2d 561] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dabiri, J.), rendered March 19, 1998, convicting him of criminal possession of a weapon in the third degree (two counts) and criminal sale of a firearm in the third degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly denied his speedy trial motion pursuant to CPL 30.30 (1) (a) (see People v Caraballo, 285 AD2d 610, lv denied 97 NY2d 680; People v Pittman, 282 AD2d 693). Santucci, J.P., Altman, McGinity and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANERIO HARDY, Appellant. [742 NYS2d 562] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered March 2, 2001, convicting him of robbery in the first degree (two counts), assault in the first degree (two counts), robbery in the second degree, and robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the County Court providently exercised its discretion in denying the defendant's request for an adjournment of the sentencing hearing (see CPL 390.50 [2] [a]; 400.21 [6]; People v Singleton, 41 NY2d 402; People v Melvin, 223 AD2d 604; People v Russo, 172 AD2d 295, 296).

The defendant's remaining contentions are without merit. Santucci, J.P., Smith, Krausman, H. Miller and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE HAYES, Appellant. [742 NYS2d 863] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1998 (People v Hayes, 248 AD2d 635), affirming a judgment of the County Court, Westchester County, rendered October 18, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745). Ritter, J.P., Smith, S. Miller and H. Miller, JJ., concur.